IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02946-ZLW-MJW

BARBARA J. REMUND,

Plaintiff(s),

v.

SCHOOL DISTRICT NO. 14 IN THE COUNTY OF ADAMS & STATE OF COLORADO.
RAY MONDRAGON, in his individual capacity, and
WESLEY PAXTON, in his individual capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule Scheduling/Planning Conference, DN 8, filed with the Court on February 14, 2011, is GRANTED. The Scheduling Conference set on March 9, 2011, at 9:30 a.m., is VACATED and RESET on April 1, 2011, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver CO 80294. The parties shall submit their proposed scheduling order to the Court on or before March 25, 2011.

Date:  February 18, 2011