IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02946-PAB-MJW

BARBARA J.  REMUND,

Plaintiff(s),

v.

SCHOOL DISTRICT NO. 14 IN THE COUNTY OF ADAMS & STATE OF COLORADO.
RAY MONDRAGON, in his individual capacity, and
WESLEY PAXTON, in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion to Vacate the
Settlement Conference (docket no. 23) is GRANTED finding good cause shown.  The
Settlement Conference set on August 30, 2011, at 10:00 a.m. is VACATED.  The
parties may request that the Settlement Conference be reset by filing a motion to reset
settlement conference and such motion shall include a time frame when they would like
the settlement conference reset.

Date:  August 22, 2011