IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02946-RBJ-MJW

BARBARA J.  REMUND,

Plaintiff(s),

v.

SCHOOL DISTRICT NO. 14 IN THE COUNTY OF ADAMS & STATE OF COLORADO.
RAY MONDRAGON, in his individual capacity, and
WESLEY PAXTON, in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Withdraw Motion to Compel Plaintiff to Respond to Defendants' First Set of Interrogatories and Requests for Production of Documents (docket no. 32) is GRANTED.

It is FURTHER ORDERED that Defendant's Motion to Compel Plaintiff to Respond to Defendants' First Set of Interrogatories and Requests for Production of Documents (docket no. 26) is WITHDRAWN.

Date:  October 20, 2011