IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02946-RBJ-MJW

BARBARA J.  REMUND,

Plaintiff(s),

v.

SCHOOL DISTRICT NO. 14 IN THE COUNTY OF ADAMS & STATE OF COLORADO.
RAY MONDRAGON, in his individual capacity, and
WESLEY PAXTON, in his individual capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order, DN 35, filed with the Court on November 15, 2011, is GRANTED.  The Scheduling Order is amended as follows:

The discovery deadline  is extended up to and including January 19, 2012;

The dispositive motions deadline is extended up to and including February 21, 2012; and,

The Final Pretrial Conference set on February 21, 2012, at 9:00 a.m. is VACATED and RESET on April 23, 2012, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.  The parties shall submit their proposed Final Pretrial Order to the Court on or before April 17, 2012.

Date:  November 23, 2011