IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02946-RBJ-MJW

BARBARA J.  REMUND,

Plaintiff(s),

v.

SCHOOL DISTRICT NO. 14 IN THE COUNTY OF ADAMS & STATE OF COLORADO.
RAY MONDRAGON, in his individual capacity, and
WESLEY PAXTON, in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff Barbara J. Remund's Amended Second Unopposed Motion to Amend Scheduling Order (docket no. 44) is GRANTED as follows finding good cause and finding no objection by all Defendants.  The deadline to complete discovery for the limited purpose of completing depositions is extended to January 30, 2012.  The deadline to file dispositive motions is extended to March 2, 2012.  The Final Pretrial Conference remains set before Magistrate Judge Watanabe on April 23, 2012, at 9:00 a.m. and the parties shall file their proposed Final Pretrial Order with the court by April 17, 2012.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  January 9, 2012