IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02946-RBJ-MJW

BARBARA J. REMUND,

Plaintiff(s),

v.

SCHOOL DISTRICT NO. 14 IN THE COUNTY OF ADAMS & STATE OF COLORADO.
RAY MONDRAGON, in his individual capacity, and
WESLEY PAXTON, in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Reconsideration of Minute Order [ECF 78](docket no. 79) is MOOT and therefore DENIED. On March 19, 2012, the Defendant provided to Plaintiff the subject settlement agreement.  See Exhibit A attached to Response (docket no. 85).

Date:  April 3, 2012